Before JAMES M. SMART, JR., P.J., VICTOR C. HOWARD, and JAMES EDWARD WELSH, JJ.

### ORDER

hearing. He contends the record does not conclusively refute his claims that plea counsel coerced him into pleading guilty by failing to investigate and prepare his proposed defense and that plea counsel misadvised him about the length of his sentence. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the motion court's judgment.

AFFIRMED. Rule 84.16(b).

**Michael A. BROWN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. WD 74010.

Missouri Court of Appeals, Western District.

Feb. 28, 2012.

Susan E. Summers, Kansas City, MO, for appellant.

Shaun J. Mackelprang and Jennifer A. Wideman, Jefferson City, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge Presiding, JOSEPH M. ELLIS and ALOK AHUJA, Judges.

#### ORDER

PER CURIAM.

Michael Brown appeals the denial of his Rule 24.035 motion without an evidentiary